People v Santiago (2024 NY Slip Op 06590)

People v Santiago

2024 NY Slip Op 06590

Decided on December 24, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 24, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LARA J. GENOVESI
DEBORAH A. DOWLING
CARL J. LANDICINO
PHILLIP HOM, JJ.

2023-03017
2023-03019
2023-03020

[*1]The People of the State of New York, respondent,
v
Joseph Santiago, appellant. (Ind. Nos. 70075/22, 70652/22; S.C.I. No. 70242/22)

Patricia Pazner, New York, NY (Anna Jouravleva of counsel), for appellant.
Michael E. McMahon, District Attorney, Staten Island, NY (Thomas B. Litsky and Timothy Pezzoli of counsel), for respondent.

DECISION & ORDER
Appeals by the defendant, as limited by his motion, from three sentences of the Supreme Court, Richmond County (Marina Cora Mundy, J.), all imposed February 23, 2023, upon his pleas of guilty, on the ground that the sentences were excessive.
ORDERED that the sentences are affirmed.
The sentences imposed were not excessive (see People v Suitte , 90 AD2d 80).
IANNACCI, J.P., GENOVESI, DOWLING, LANDICINO and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court